Geraldine Fry and George Famighette, Plaintiffs-Appellees, v. Hobson Drug Co., a Corporation Authorized To Do Business in Illinois, and Hannah Kampike, Defendants. Lee H. Hobson and Adlyn Hobson, Partners d/b/a Hobson Drug Company, Certain Defendants-Appellants.

Gen. No. 11,079.

Second District, Second Division.

January 24, 1958.

Released for publication February 13, 1958.

Alex J.
Victor, for appellants; Pedderson, Menzimer and Conde, and Stanley J. Roszkowski (Dale F. Conde, and Stanley J. Roszkowski, of counsel) for appellees. Opinion by PRESIDING JUSTICE CROW. **Not to be published in full.**